## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

**vs.**                                             **CASE NO: 3:99-0183-03 (SEC)**

**ROBERTO SANTOS-RODRIGUEZ**

* * * * * * * * * * * * * * * * *

### MOTION REQUESTING MODIFICATION OF SUPERVISION CONDITIONS

TO THE HONORABLE SALVADOR E. CASELLAS
U.S. DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, YVETTE VILLEGAS-OTERO, U.S. PROBATION OFFICER of this Court,** presenting an official report on the conduct and attitude of releasee, Roberto Santos-Rodriguez, who on February 23, 2001, was sentenced to an imprisonment term of an aggregate of one hundred and twenty-three (123) months after he plead guilty to violating Title 21 U.S.C. Section 846 and 18:924(c)(1). A supervised release term of five (5) years was also imposed with the special conditions of search and seizure and to submit to urinalyses and treatment if necessary. A special monetary assessment in the amount of $200 was also imposed which he has paid. On January 20, 2004, the offender was released from custody at which time the supervised release term commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has adjusted well to supervision and no illegal activity has been detected. However, the offender recently confronted personal problems and attempted suicide. Mr. Santos-Rodríguez has agreed to the modification of his supervision conditions as noted on the attached Probation Form 49 - Waiver of Hearing to Modify Conditions of Supervised Release, to include mental health treatment/evaluation.

**WHEREFORE**, in lieu of the aforementioned, unless ruled otherwise, it is respectfully requested that the Court modify Mr. Santos-Rodríguez's conditions of supervision to require that he participates in a mental health program as directed and arranged by the U.S. Probation Officer.

In San Juan, Puerto Rico, this 5th day of August 2005.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER


s/ Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building, Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY certify that on October 22, 2004, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: H. S. García, U.S. Attorney, and Juan Matos de Juan, Assistant Federal Public Defender.

In San Juan, Puerto Rico, this 5th day of August 2005.

        s/ Yvette Villegas-Otero
        Yvette Villegas-Otero
        U.S. Probation Officer
        150 Carlos Chardón Ave.
        Federal Office Building, Office 400
        San Juan, PR 00918
        Tel. No. (787) 771-3630
        Fax No. (787) 766-5945
        yvette_villegas@prp.uscourts.gov