UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
    Plaintiff
          v.                  Criminal No. 99-183(SEC)
ROBERTO SANTOS RODRIGUEZ
    Defendant

**O R D E R**

| MOTION | RULING |
|---|---|
| **Docket #188**<br>**Motion Requesting Modification of Supervised Conditions** | **GRANTED.** Defendant's conditions of release are amended to include participation in a mental health program as detailed in Defendant's "Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision" attached to Docket # 188. |

DATE:  August 8, 2005

S/ *Salvador E. Casellas*
SALVADOR E. CASELLAS
United States District Judge