IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| THE UNITED STATES OF AMERICA, * <br> * <br> vs. * <br> * CASE NO. 3:99CR00183-03 (SEC) <br> ROBERTO SANTOS-RODRIGUEZ * <br> * * * * * * * * * * * * * * * * | |

## MOTION TO SEAL

TO THE HONORABLE SALVADOR E. CASELLAS
UNITED STATES DISTRICT JUDGE
DISTRICT OF PUERTO RICO

**COMES NOW, YVETTE VILLEGAS-OTERO**, **UNITED STATES PROBATION OFFICER**
of this Honorable Court, respectfully informs and prays as follows:

1. That the accompanying envelope contains a MOTION that is self-explanatory with a pleading for filing and disposition under seal by the Court.

**WHEREFORE, the undersigned respectfully prays the Court accept and file the above-mentioned motion, and that an order be issued directing it remain seal, with certificate of service to the U.S. Attorney's Office, until further order of the Court.**

In San Juan, P.R. this 1st day of March, 2007.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U. S. PROBATION OFFICER

s/ Yvette Villegas
Yvette Villegas-Otero
U.S. Probation Officer
150 Carlos Chardón Ave.
Federal Office Building , Office 400
San Juan, PR 00918
Tel. No. (787) 771-3630
Fax No. (787) 766-5945
yvette_villegas@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 1st, 2007, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: José A. Ruíz, Chief Criminal Division, U.S. Attorney's Office; and to Juan A. Matos de Juan, Assistant Federal Public Defender, Federal Public Defender's Office.

In San Juan, Puerto Rico, this 1st of March, 2007.

s/Yvette Villegas-Otero
Yvette Villegas-Otero
U.S. Probation Officer
Federal Office Building, Office 400
San Juan, PR 00918
787-766-3630
787-766-5945
yvette_villegas@prp.uscourts.gov