### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA * <br> * <br> Plaintiff * <br> * <br> v. * <br> * <br> ROBERTO SANTOS-RODRIGUEZ * <br> * <br> Defendant * <br> ********************************** | Criminal No. 99-183(SEC) |

## ORDER

Yvette Villegas-Otero, U.S. Probation Officer of the Court, alleges that releasee, Roberto Santos-Rodríguez, has failed to comply with the conditions of his release. Thus, Defendant Roberto Santos-Rodríguez' supervision term is hereby **TOLLED**. In addition, this matter is **REFERRED** to U.S. Magistrate Judge Marcos López for the holding of a hearing. Defendant Roberto Santos-Rodríguez is **ORDERED** to appear at said hearing and show cause, if there be any, why his supervised release in the above-entitled case should not be revoked. Thereupon, he to be dealt with pursuant to law.

At this hearing, the releasee will be entitled:

1. To the disclosure of evidence against him.

2. To present evidence in his own behalf.

3. To the opportunity to question witnesses against him.

4. To be represented by counsel.

The Clerk shall issue a warrant for the Defendant's arrest and provide all pertinent parties with a copy of this Order.

**SO ORDERED.**

In San Juan, Puerto Rico, this 2nd day of March, 2007.

S/ *Salvador E. Casellas*

SALVADOR E. CASELLAS
U.S. Senior District Judge