# UNITED STATES DISTRICT COURT

FOR THE JUDICIAL _____ District of _____ PUERTO RICO

UNITED STATES OF AMERICA

V.

ROBERTO SANTOS-RODRIGUEZ
521 Italia Street
Floral Park San Juan, P.R.

**SEALED WARRANT FOR ARREST**

Case Number: 99-CR-183-003 (SEC)

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **ROBERTO SANTOS-RODRIGUEZ**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition **X** **Supervised Release Violation Petition** ☐ Violation Notice

charging him or her with (brief description of offense)

ONCE ARRESTED DEFENDANT SHALL BE BROUGHT BEFORE MAGISTRATE JUDGE ON DUTY.

in violation of Title _____ United States Code, Section(s) _____

| SALVADOR E. CASELLAS | S/Minerva Figueroa |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer   By Minerva Figueroa, Deputy Clerk |
| UNITED STATES DISTRICT JUDGE | March 28, 2007, AT HATO REY, PUERTO RICO |
| Title of Issuing Officer | Date and Location |

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____