IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>VS.<br><br>ROBERTO SANTOS-RODRIGUEZ<br><br>Defendant | CASE NO. 99-183-3 (SEC) / (MEL) |

O R D E R

Because the above named defendant has testified under oath or has otherwise satisfied this Court that

  (1) is financially unable to employ counsel,

  (2) does not wish to waive counsel,

and because the interests of justice so require, the Federal Public Defender is hereby appointed to represent the defendant in this case until the same is terminated or a substituted attorney is appointed.

BY ORDER OF THE COURT, NUNC PRO TUNC _____.

At San Juan, Puerto Rico, on   March 30, 2007  .

            FRANCES RIOS DE MORAN
            Clerk of the Court


       By: *s/ Minerva Figueroa*
          Minerva Figueroa
          Courtroom Deputy Clerk