IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　　v.<br><br>ROBERTO SANTOS-RODRIGUEZ,<br>　　　Defendant | CRIMINAL NO. 99-183 (SEC) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　　1.　Enter the appearance of the undersigned Assistant Federal Public Defender (AFPD) as counsel for ***Roberto Santos-Rodríguez.***

　　　2.　Pursuant to policy of the Federal Public Defender for the District of Puerto Rico, notice of filings, both electronic and otherwise, are requested to be made jointly to the AFPD assigned to the case and to the Federal Public Defender, Mr. Joseph C. Laws, Jr.

　　　I HEREBY CERTIFY that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

　　　RESPECTFULLY SUBMITTED.

　　　In San Juan, Puerto Rico, this 11th day of April, 2007.

　　　　　　　　　　　　　　　　　　JOSEPH C. LAWS, JR.
　　　　　　　　　　　　　　　　　　Federal Public Defender

　　　　　　　　　　　　　　　　　　S/Joannie Plaza-Martinez
　　　　　　　　　　　　　　　　　　Joannie Plaza-Martínez
　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　USDC-PR 215604
　　　　　　　　　　　　　　　　　　241 F.D. Roosevelt Avenue
　　　　　　　　　　　　　　　　　　San Juan, PR  00918-2305
　　　　　　　　　　　　　　　　　　Phone No. (787) 281-4922
　　　　　　　　　　　　　　　　　　Joannie_Plaza@fd.org