# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**

HONORABLE   MAGISTRATE MARCOS E. LÓPEZ

COURTROOM DEPUTY: Minerva **FIGUEROA**          DATE: April 3, 2007

COURT REPORTER:   **FTR**                               CR:   99-183-3 (SEC) / (MEL)

COURT INTERPRETER:   N/A
================================================================

United   States of America               <u>Attorneys</u>:  AUSA-Warren Vazquez

vs.


Roberto Santos-Rodriguez            AFPD-Victor Gonzalez-Bothwell

================================================================

Case called for Preliminary Hearing on Revocation of Supervised Release which is not held.  Defendant is not present in Court.  Defense counsel informs the Court that he does not now the whereabouts of this defendant and that he has not been arrested.  The Court states that the Courtroom Deputy is to notify the Marshal that once this defendant is arrested, he is to be brought before the undersigned Judge.   The hearing is continued sine die until defendant is arrested.

*S/MINERVA FIGUEROA*
Courtroom Deputy Clerk

PO & USM thru e-mail.