AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

FOR THE   District of   **PUERTO RICO**

UNITED STATES OF AMERICA
**V.**

**ROBERTO SANTOS-RODRIGUEZ**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:   **99-CR-183-03 (SEC)**
USM Number:   **17719-069**

AFPD, MAX PEREZ-BOURET
Defendant's Attorney

**THE DEFENDANT:**

**X**  admitted guilt to violation of   standard conditions   of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition #3 | Defendant's failure to report to the U.S. Probation Officer as instructed. | 1/26/07 |
| Standard Condition #2 | Defendant's failure to notify residence change of address. | 1/3/07 |
| Standard Condition | Defendant's failure to refrain from the use of controlled substance. | 2/7/07 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

July 31, 2008
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

Salvador E. Casellas, U.S. District Judge
Name and Title of Judge

July 31, 2008
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT:       ROBERTO SANTOS-RODRIGUEZ
CASE NUMBER:     99-CR-183(3) (SEC)

**IMPRISONMENT**

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **Seven (7)  Months and Four (4) days ending by December 20, 2008. (NO ADDITIONAL TERM OF SUPERVISION). Defendant has been in federal custody since his arrest and shall be given credit for time served.**

X    The court makes the following recommendations to the Bureau of Prisons:
     *It is recommended defendant be given adequate medical treatment for his respiratory condition.*

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:
     ☐    at _____ ☐ a.m. ☐ p.m. on _____ .
     ☐    as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     ☐    before 2 p.m. on _____ .
     ☐    as notified by the United States Marshal.
     ☐    as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL